UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE CUTRER**<br>86006 HWY 450<br>Franklinton, LA 70438<br><br>    **PLAINTIFF**<br><br>**VERSUS**<br><br>**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**<br>One Tower Square<br>Hartford, CT 06183<br><br>    Through its agent:<br>    Louisiana Secretary of State<br>    8585 Archives Avenue<br>    Baton Rouge, LA 70809<br><br>**TROJAN BATTERY COMPANY**<br>12380 Clark St.<br>Santa Fe Springs, CA 90670<br><br>    Through its agent:<br>    The Corporation Trust Company<br>    1209 Orange St.<br>    Wilmington, DE 19801<br><br>**JOHN DEMPEWOLF**<br>2131 Pullman Circle<br>Pensacola, FL 32526<br><br>    **DEFENDANTS** | Civil Action No.<br><br>District Judge<br><br>Magistrate Judge |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Now Comes Plaintiff, Connie Cutrer, through undersigned counsel, and for her Original Complaint against Defendants Travelers Indemnity Company of Connecticut, Trojan Batter Company, and John Dempewolf states as follows:

## NATURE OF THE ACTION

1. Connie Cutrer suffered personal injuries when the vehicle she was operating was struck by a left-turning tractor trailer insured by Travelers Indemnity Company of Connecticut and operated by John Dempewolf in the course and scope of his employment with Trojan Battery Company.

## PARTIES

2. Plaintiff Connie Cutrer is a person of the full age of majority and a resident of, and domiciled in, the State of Louisiana.

3. Defendant John Dempewolf is a person of the full age of majority and a resident of, and domiciled in, the State of Florida.

4. Defendant Trojan Battery Company (henceforth, "Trojan") is a corporation organized under the laws of the State of Delaware with its principal place of business Sante Fe Springs, California. At all relevant times herein, Trojan was John Dempewolf's employer.

5. Defendant Travelers Indemnity Company of Connecticut ("Travelers") is a foreign insurance company authorized to do, and doing, business in the, State of Louisiana. At all relevant times, there was in full force and effect a policy of insurance issued by Defendant Travelers, the terms and conditions of which obligated Travelers to insure and indemnify Defendants from the type of conduct alleged herein.

## JURISDICTION

6. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S. Code 1332 because this dispute arises between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

7.      Venue is appropriate in this district pursuant to 28 U.S. Code 1391 as the motor vehicle accident that is the subject of this action occurred within the Eastern District of Louisiana.

8.      This Court has personal jurisdiction over all parties identified.

## FACTS

9.      That on or about August 17, 2015 at approximately 11:45 A.M., Plaintiff Connie Cutrer was operating a 2007 Suzuki Forenza southbound on US HWY 190, passing a private drive and approaching the intersection with Clark Street in the Parish of St. Tammany, State of Louisiana.

10.      That at approximately the same time and place, Defendant John Dempewolf was operating his vehicle, a 2015 Freightline 80000 which was pulling a box trailer, northbound on US HWY 190, approaching the intersection with Clark Street and Ms. Cutrer's vehicle.

11.      That at approximately the same time and place, Defendant John Dempewolf failed to yield to oncoming traffic while attempting a left turn into a private drive and struck Plaintiff's vehicle.

12.      That the aforesaid accident sued on herein was the fault of, and proximately caused by, Defendant John Dempewolf in the following, non-exclusive, respects:

    a.    By failing to ensure that the left turn could be completed safely in violation of La. R.S. 32:104;

    b.    By failing to yield the right of way to all approaching vehicles so close as to constitute an immediate hazard, in violation of LSA-R.S. 32:124 and City of New Orleans ordinance 154-482;

    c.    By failing to yield the right of way to all vehicles approaching from the opposite direction which are within the intersection or so close thereto as to constitute an immediate hazard in violation of R.S. 32:122;

      d.      By failing to maintain reasonable and proper control of said vehicle upon a public road;

      e.      In operating the vehicle under his control in a reckless and negligent manner;

      f.      By failing to see what should have been seen; and

      g.      All other acts of fault which were the cause of the collision sued upon and will be shown at the trial of this matter.

13. That as a result of the aforesaid collision, Connie Cutrer has sustained serious bodily injuries to his neck, back, hips, and shoulders with radiating symptoms; together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; and other categories of special and general damages allowable by law, all of which entitles Plaintiff, Connie Cutrer, to recover from Defendants such damages as are reasonable in the premises, in excess of the jurisdictional amount in controversy required to invoke this Court's jurisdiction.

14. At all relevant times herein, Defendant John Dempewolf was acting within the course and scope of his employment with Trojan and therefore Trojan is liable for the fault of, and the negligent acts and omission of its employee, John Dempewolf, and is a proper party Defendant herein.

WHEREFORE, Plaintiff Connie Cutrer prays, that after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in her favor and against Defendants Travelers Indemnity Company of Connecticut, Trojan Batter Company, and John Dempewolf, jointly and <u>in solido</u>, for said judgment to bear legal interest from the date of

judicial demand until paid, for all costs of these proceedings and for all legal and equitable relief this Honorable Court shall deem appropriate.

          RESPECTFULLY SUBMITTED:

          MORRIS BART, LLC
          ATTORNEYS FOR PLAINTIFF
          601 POYDRAS STREET, 24TH FLOOR

          NEW ORLEANS, LA  70130
          TELEPHONE:  (504) 525-8000
          FACSIMILE:  (800) 878-8937

BY:   /S/ MATTHEW D. HEMMER
        MATTHEW D. HEMMER, NO. LA34300